**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6053**

_____

DANIEL ERIC COBBLE, a/k/a Johnathan Wayne Plemons,

Petitioner - Appellant,

v.

WARDEN EDGEFIELD FEDERAL CORRECTIONAL INSTITUTION,

Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  David C. Norton, District Judge.  (6:23-cv-04039-DCN)

_____

Submitted:  April 11, 2024                                   Decided:  April 16, 2024

_____

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Daniel Eric Cobble, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Eric Cobble, a federal prisoner, appeals the district court's order adopting the magistrate judge's recommendation, dismissing Cobble's 28 U.S.C. § 2241 petition, and imposing prefiling restrictions. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Cobble v. Warden Edgefield Fed. Corr. Inst.*, No. 6:23-cv-04039-DCN (D.S.C. Jan. 4, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*